IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00947-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**BERNARD KENNETH RIVERS, JR.-EL**,

    Plaintiff,

v.

**BARBARA BROHL**,Executive Director of the Colorado Department of Revenue in her individual capacity,

    Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Bernard Kenneth Rivers, Jr.-El, resides in Greeley, Colorado.  On May 4, 2015, he submitted a Complaint (ECF No. 1) and a Motion and Affidavit to Proceed Under 28 U.S.C. § 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)    ____   is not submitted
(2)    _X X_   is not on proper form (must use the Court's current form)
(3)    ____   is missing original signature by Plaintiff
(4)    ____   is missing affidavit
(5)    ____   affidavit is incomplete
(6)    ____   affidavit is not properly notarized
(7)    ____   names in caption do not match names in caption of complaint, petition or application
(8)    ____   other:

**Complaint or Petition**:

(9)   __   is not submitted
(10)  X    is not on proper form (must use the court's current form)
(11)  __   is missing an original signature by the Plaintiff
(12)  __   is incomplete
(13)  __   uses et al. instead of listing all parties in caption
(14)  __   names in caption do not match names in text of Complaint
(15)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __   other:

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

**FURTHER ORDERED** that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov), and use the forms to cure the above noted deficiencies. It is

**FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED May 5, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge